NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL ADAMOWICZ AND ELIZABETH FRASER,
(AS EXECUTORS OF THE ESTATE OF MARY
ADAMOWICZ, DECEASED,
AND MICHAEL ADAMOWICZ INDIVIDUALLY),**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Respondent-Appellee.*

---

2012-5053

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-888, Senior Judge Lawrence S. Margolis.

---

ON MOTION

---

ORDER

The United States moves without opposition for a 14-day extension of time, until November 20, 2012, to file their response brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 0 9 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Frederick M. Sembler, Esq.
    Jeffrey D. Klingman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 9 2012

JAN HORBALY
CLERK